ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| AMERICAN FUEL & PETROLEUM MANUFACTURERS, et al., <br><br>    Petitioners, <br><br>    v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>    Respondents. | No. 25-1083 |

UNOPPOSED MOTION TO GOVERN

Respondents Environmental Protection Agency, et al., ("EPA") move to keep these consolidated cases in abeyance for another 45 days, until July 31, 2025. Petitioners do not oppose. State and Local Movant-Intervenors and Public Interest Organization Movant-Intervenors take no position.

1.  This petition for review challenges EPA's action, *California State Motor Vehicle and Engine and Nonroad Engine Pollution Control Standards; The "Omnibus" Low NOx Regulation; Waiver of Preemption; Notice of Decision*, 90 Fed. Reg. 643 (Jan. 6, 2025).

2.  As the Court is aware, a new administration took office on January 20, 2025.

3. On April 11, 2025, the Court granted EPA's unopposed motion to hold this petition in abeyance, to allow the agency time to brief new administration officials about this case and the underlying action. *See* Order, Doc. 2110713.

4. Last month, the House and Senate passed a joint resolution to disapprove the challenged action. *See* https://www.congress.gov/bill/119th-congress/house-joint-resolution/89/all-actions. That resolution was presented to the President on June 6, 2025. *Id.* Signature by the President means that the challenged action "shall have no force or effect." *Id.*

5. The President signed the joint resolution on June 12, 2025. *See* https://www.epa.gov/newsreleases/epa-administrator-zeldin-celebrates-president-trump-officially-ending-californias (last accessed June 12, 2025).

6. EPA requests that the Court extend the abeyance for 45 days, until July 31, 2025, to give the parties time to evaluate next steps here.[1]

June 16, 2025                    Respectfully submitted,

ADAM R.F. GUSTAFSON
  *Acting Assistant Attorney General*

/s/ Daniel R. Dertke
DANIEL R. DERTKE
United States Department of Justice
P.O. Box 7611
Washington D.C. 20044

---

[1] The same agency action at issue here is also the subject of consolidated petitions for review filed in the Ninth Circuit, which are stayed until July 14, 2025. *American Free Enterprise Chamber of Commerce v. EPA*, No. 25-89 (9th Cir.).

2

Tel: (202) 514-0994
daniel.dertke@usdoj.gov

*Counsel for Respondent*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 27(d) and 32(g)(1) of the Federal Rules of Appellate Procedure and Circuit Rule 27(a)(2), I hereby certify that the foregoing Unopposed Motion To Govern contains 260 words, as counted by a word processing system that includes headings, footnotes, quotations, and citations in the count, and therefore is within the word limit set by the Court.

This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/  Daniel R. Dertke*

CERTIFICATE OF SERVICE

    I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

    */s/ Daniel R. Dertke*