# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1083**                               **September Term, 2024**

**EPA-90FR643**

**Filed On: June 20, 2025** [2121751]

American Fuel & Petrochemical Manufacturers and Energy Marketers of America,

        Petitioners

        v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

        Respondents

## O R D E R

Upon consideration of EPA's unopposed motion to govern, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by July 31, 2025.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                             BY:    /s/
                                            Catherine J. Lavender
                                            Deputy Clerk