# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1083**                                             **September Term, 2025**

EPA-90FR643

Filed On: September 16, 2025 [2135172]

American Fuel & Petrochemical Manufacturers and Energy Marketers of America,

      Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

      Respondents

## O R D E R

      Upon consideration of respondents' motion to govern, it is

      **ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 30 days of the U.S. Court of Appeals for the Ninth Circuit's disposition of EPA's motion to dismiss No. 25-89, et al., <u>Am. Free Enter. Chamber of Commerce v. U.S. Environmental Protection Agency</u>.

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                BY:    /s/
                          Catherine J. Lavender
                          Deputy Clerk